UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY ELLIS,<br>    Plaintiff,<br>    v.<br>PG&E, et al.,<br>    Defendants. | Case No. 17-cv-05445-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. Nos. 1, 10 |

The court has reviewed Magistrate Judge Westmore's Report and Recommendation to dismiss this case with leave to amend and notes that plaintiff has not filed objections to that report. The court finds the report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the case is dismissed with leave to amend.

An amended complaint replaces the original complaint and therefore may not incorporate the original complaint by reference. In the amended complaint, plaintiff must identify the basis for federal jurisdiction and his legal theory for holding PG&E, a private company, and its employees liable for violating his constitutional rights. The amended complaint must be filed by March 16, 2018. No new parties may be added. Failure to amend by the deadline will result in dismissal of the complaint with prejudice.

**IT IS SO ORDERED.**

Dated: February 16, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge