UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD RAY ELLIS,

    Plaintiff,

    v.

PG&E, et al.,

    Defendants.

Case No. 17-cv-05445-PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Richard Seeborg for consideration of whether the case is related to Ellis v. City of Antioch, et al., 17-cv-05443-RS. The court notes that plaintiff has indicated the two actions are related in his CMC statements filed in the above-captioned matter. See Dkt. 16 at 5 § 11; Dkt. 17 at 3 ¶ 10.

Any scheduled hearings or case management conferences in this action are VACATED.

**IT IS SO ORDERED.**

Dated: March 6, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge